```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION

SHARIE EALY,                    )
                                )
          Plaintiff,            )
                                )
     v.                         )    No. 4:03CV001833 DDN
                                )
CHATTEM, INC., et al.,          )
                                )
          Defendants.           )
```

### ORDER

Plaintiff not having responded to the court's order of July 5, 2006, to indicate whether or not plaintiff intended to continue to prosecute this action,

**IT IS HEREBY ORDERED** that this action is dismissed without prejudice for failure to prosecute.

So Ordered this 26th Day of July, 2006.

_____
**E. RICHARD WEBBER**
**UNITED STATES DISTRICT JUDGE**